IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

**Date: July 10, 2007**

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

---

**Civil Case No. 07-cv-01402-REB-CBS**

| | |
|---|---|
| SHANE CO.<br>  *a Colorado corporation,* | Douglas Friednash<br>Susan Fisher |
| **Plaintiff,** | |
| v. | |
| PACIFIC DIAMOND & SWISS WATCH EXCHANGE, INC.,<br>and THEODORE G. GONZALES,<br>  *a/k/a Ted Gonzales,* | No appearance of counsel |
| **Defendants.** | |

_____

## COURTROOM MINUTES
_____

**Hearing: Motion for Temporary Restraining Order**

**1:35 p.m.    Court in session.**

Appearances of counsel.

The record shall reflect that the Defendant or Defendant's counsel are not present in court.

Opening statements by the court.

The Court takes judicial notice of the file, showing a return of service on the defendants [#7] filed July 10, 2007.

The Defendants have fail to appear, plead, respond or otherwise communicate their position with the court or the plaintiff. The Court uses its discretion under Federal Rules of Evidence 611(a)(1), and the plaintiff may proceed by evidence, affidavit, declaration, offer of proof and/or argument.

Dockets.Justia.com

Statements to the Court by Mr. Friednash, for the plaintiff.

The radio ads are played for the Court.

Argument by Mr. Friednash, for the plaintiff.

The plaintiff offers Plaintiff's Exhibits 1 through 17.

Plaintiff's Exhibits 1 through 17 are admitted into evidence.

The Court enters Findings of Fact, Conclusions of Law, and orders.

**It was ORDERED:**

1. That the plaintiff's Motion for Temporary Restraining Order [#2] filed July 5, 2007, is **granted, effective forthwith;**

2. That effective forthwith and pending further order of court, the defendants, jointly and severally, and their agents, servants, employees, attorneys in fact, attorneys in law, and any and all persons in active concert of participation with the defendants jointly or severally will receive actual notice of this Temporary Restraining Order by personal service of otherwise shall be temporarily enjoined and restrained from their use of the "You Have a Friend Family of Marks" in any form of advertising, promotion, or use on the internet, including use of the "Family of Marks" as metatags;

3. That **on or before 5:00 p.m. (MDT) on Monday, July 16, 2007,** the plaintiff shall deposit with the Clerk of Court the sum of $500.00 as security for the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongly enjoined or restrained;

4. That this Temporary Restraining Order shall expire, if not sooner modified or dissolved, on **Tuesday, July 24, 2007, at 2:00 p.m.**;

5. That a preliminary injunction hearing is scheduled for **July 23, 2007, at 1:30 p.m.**, the Court reserving the remainder of the afternoon, for the hearing; and

6. That the plaintiff shall serve a copy of this Temporary Restraining Order on the defendants in the manner prescribed by law.

**2:25 p.m.    Court in recess.**

*Total court time: 1 hour*

Clerk's note: Original Book of Exhibits returned to the plaintiff.