**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-01402-REB-CBS

SHANE CO., a Colorado corporation,

    Plaintiff,

v.

PACIFIC DIAMOND & SWISS WATCH EXCHANGE, INC., and
THEODORE G. GONZALES, a/k/a Ted Gonzales,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulation For Dismissal With Prejudice** [#19], filed August 3, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#19], filed August 3, 2007, is **APPROVED**; and

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 3, 2007, at Denver, Colorado.

                **BY THE COURT:**

                **s/ Robert E. Blackburn**
                Robert E. Blackburn
                United States District Judge